IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00239

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TISHA JOHNSON,

      Defendant.

---

## ORDER RE: STIPULATION

      The Court being fully advised in the premises hereby Orders that the electronic monitoring device be removed from the Defendant.

      DONE and SIGNED this 22nd day of August, 2008.

                   BY THE COURT:


                   s/ Edward W. Nottingham
                   CHIEF UNITED STATES DISTRICT JUDGE