IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: November 12, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Michele Means | |

Criminal Action No. 08-cr-00239-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | David Conner |
| Plaintiff, | |
| v. | |
| TISHA JOHNSON, | Donald Lozow |
| Defendant. | |

## SENTENCING MINUTES

**9:06 a.m.** **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on August 21, 2008. Defendant pled guilty to Count 1 of the Indictment.**

The Court addresses the Plea Agreement with counsel. Based on the findings of Judge Nottingham and the representations of counsel, the Court accepts defendant's plea of guilty at this time.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #30**). Defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #30**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Bond is discharged.

**9:50 a.m.** **Court in recess.**

Total Time: 44 minutes.
Hearing concluded.